NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KATHLEEN DUNCAN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5066

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-698, Judge Christine O.C. Miller.

---

## ON MOTION

---

## ORDER

Kathleen Duncan moves for leave to proceed in forma pauperis, which the court treats as her response to the May 23, 2011 order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The May 23, 2011 dismissal order is vacated, the mandate is recalled and the appeal is reinstated.

(2) The motion for leave to proceed in forma pauperis is granted.

(3) The United States should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

__JUN 2 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathleen Duncan
Joshua A. Mandlebaum, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

.JUN 2 2 2011

**JAN HORBALY**
**CLERK**